AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00093 |
| LEO CHRISTOPHER KELLY | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 1/16/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  LEO CHRISTOPHER KELLY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(A), (C), and (G) - Violent Entry with Intent to Disrupt the Orderly Conduct of Official Business and Disorderly Conduct on Capitol Grounds

Date: 01/16/2021

2021.01.16 20:37:44 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

Zia M. Faruqui United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 01/19/2021, and the person was arrested on (date) 01/18/2021
at (city and state) Cedar Rapids, IA.

Date: 01/19/2021

Arrested by FBI                        DWM
*Arresting officer's signature*

Christopher S. Siemens Deputy US Marshal
*Printed name and title*