## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-MJ-00093(ZMF) |
| | : | |
| **LEO CHRISTOPHER KELLY,** | : | |
| **Defendant.** | : | |

## **ORDER**

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that the parties shall appear for a Preliminary Hearing at_____ on May _____, 2021. It is further

ORDERED that pursuant to the representations made by the parties, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial. Pursuant to 18 U.S.C. § 3161, the time from April 8, 2021 through May _____, 2021 shall be excluded in computing the date for speedy trial in this case.

 _____
 _ UNITED STATES MAGISTRATE JUDGE

3