# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-MJ-00093(ZMF)** |
| : | |
| **LEO CHRISTOPHER KELLY,** : | |
| **Defendant.** : | |

## **ORDER**

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that the parties shall appear for a Status Hearing at 1:00 p.m. on July 6, 2021, before Magistrate Judge G. Michael Harvey. It is further

ORDERED that pursuant to 18 U.S.C. § 3161, the time from May 10, 2021 through July 6, 2021 shall be excluded in computing the date for speedy trial in this case. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in pretrial negotiations.

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge